UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR609-045 |
| | ) | |
| v. | ) | VIOS: |
| | ) | |
| HAROLD KENNEDY | ) | 18 U.S.C. § 922(o) |
| | ) | Possession of a Machine Gun |
| | ) | |
| | ) | 26 U.S.C. § 5861(d) |
| | ) | Possession of an Unregistered NFA |
| | ) | Weapon |
| | ) | |
| | ) | 16 U.S.C. § 703(a) |
| | ) | Unlawful Killing of Migratory Birds |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | Aiding and Abetting |

## COUNT ONE
## POSSESSION OF A MACHINE GUN

**THE GRAND JURY CHARGES:**

That on or about the 18th day of March 2009, in Bulloch County, within the Southern District of Georgia, the defendant herein,

**HAROLD KENNEDY,**

did knowingly possess a machine gun, to-wit, a Colt, model SP-1, .223 caliber rifle, serial number SP165804, done in violation of Title 18, United States Code, Sections 2, 922(o) and 924(a)(2).

## COUNT TWO
## POSSESSION OF AN UNREGISTERED NFA WEAPON

**THE GRAND JURY FURTHER CHARGES:**

That on or about the 18th day of March 2009, in Bulloch County, within the Southern

District of Georgia, the defendant herein,

**HAROLD KENNEDY,**

knowingly received and possessed a machine gun, to-wit, a Colt, model SP-1, .223 caliber rifle, serial number SP165804, not registered to him in the National Firearms Registration and Transfer Record as required by law, done in violation of Title 18, United States Code, Section 2, and Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT THREE
## UNLAWFUL KILLING OF MIGRATORY BIRDS

**THE GRAND JURY FURTHER CHARGES:**

That on or about the 18th day of March 2009, in Bulloch County, within the Southern District of Georgia, the defendant herein,

**HAROLD KENNEDY,**

without being permitted to do so by regulation as required by law, did kill migratory birds, to wit, four osprey (*Pandion haliateus*), by shooting them with a Colt, model SP-1, .223 caliber rifle, done in violation of Title 16, United States Code, Sections 703, 707(a), and Title 50, Code of Federal Regulations, Sections 21.11, 20.71, and 20.72.

A True Bill.

_____
Foreperson

_____
Edmund A. Booth, Jr.
United States Attorney
Georgia Bar No. 068000

_____
James D. Durham
Assistant United States Attorney
Georgia Bar No. 235515

_____
Frederick W. Kramer
Assistant United States Attorney
Georgia Bar No. 428971

_____
Brian T. Rafferty**
Assistant United States Attorney
New York Bar No. 2809440

**lead counsel