PROB 35
Rev. 5/01

Report and Order Terminating Probation
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

UNITED STATES OF AMERICA

V.                                                    CR609-00045-001

Harold Kennedy

On September 25, 2009, the above-named was placed on probation for a period of twelve months. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Harold Kennedy be discharged from probation.

Respectfully submitted,

J. David Lamb
Intensive Supervision Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this __19th__ day of __July__, 2010.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA