# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

UNITED STATES OF AMERICA

V.                                                          CR609-00045-001

Harold Kennedy

On September 25, 2009, the above-named was placed on probation for a period of twelve months. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Harold Kennedy be discharged from probation.

Respectfully submitted,

J. David Lamb
Intensive Supervision Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this ___19TH___ day of ___July___ , 2010.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA